## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO: 3:10-CR-190 |
| vs. | ) |
| | ) |
| DONNA MULLINIX, | ) MAGISTRATE JUDGE MERZ |
| SSN: XXX-XX-3527 | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| OFFICE OF PERSONNEL MANAGEMENT, | ) |
| U. S. POSTAL SERVICES | ) |
| | ) |
| Garnishee. | ) |

### ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff, the United States, for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of Title 28 U.S.C. §3205, and grants Plaintiff's application.

**IT IS SO ORDERED**.

June 27, 2012                                   s/ **Michael R. Merz**
                                                United States Magistrate Judge